AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
CENTRAL   District of   ILLINOIS

| | | |
|---|---|---|
| Allmerica Financial Benefit, Insurance Company, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   22-1345 |
| York Public Adjusting & Appraisal Service, LLC, et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   the Plaintiff, Allmerica Financial Benefit Insurance Company's claims against Defendants York
Public Adjusting & Appraisal Service, LLC, Garret York, Parker Bane, Angie Bane, Adam Reeves, 20958 LLC, Reeves Farm LLC,
and 29 Farms LLC are granted to the extent the Court finds Allmerica has no duty to defend in the underlying state law claims.
The remaining claims are dismissed without prejudice. .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge   James E. Shadid _____ on a motion for   Declaratory _____
_____
Judgment. .

Date:   5/4/2023 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*